IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONDELLTE R. FRAZIER, | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-00888-O |
| | § | |
| DALLAS/FORT WORTH INTERNATIONAL AIRPORT et al., | § | |
| | § | |
| | § | |
|   Defendants. | § | |

## ORDER

The Court has issued its Order dismissing each of Plaintiff's claims in this matter. ECF No. 167. It is therefore **ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **17th day** of **July, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1